UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT H. SMITH, *et al.*,

    Plaintiffs,

v.

RYAN W. PHILLIPS, *et al.*,

    Defendants.

Case No. C17-1457-RSL

ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING PLAINTIFFS' SECOND AMENDED COMPLAINT

The Court, having reviewed plaintiffs' second amended complaint, defendants' motions for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' motions for summary judgment (Dkts. 74 and 79) are GRANTED;

(3) Plaintiffs' second amended complaint (Dkt. 11) and this action are DISMISSED with prejudice; and

/ / /

/ / /

ORDER GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT - 1

(4)    The Clerk is directed to send copies of this Order to plaintiffs, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 30th day of July, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT - 2